IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-1294-MDB

WILLIAM S. PETTIGREW,

    Plaintiff,

v.

DORCEY, Captain, et al.

    Defendants.

**JOINT STATUS REPORT AND MOTION TO AMEND SCHEDULING ORDER**

The Parties, through their respective counsel of record, hereby submit this Joint Status Report and Motion to Amend Scheduling Order pursuant to the Court's Minute Order dated January 13, 2025 [ECF No. 96].

1.     The parties are cooperating to resolve initial discovery issues. With the Protective Order [ECF No. 99] in place, Defendants will provide unredacted versions of the discovery already disclosed and will disclose more documents per Mr. Pettigrew's three pro se discovery requests, as clarified by his counsel. After receiving this supplemental discovery, Mr. Pettigrew's counsel will reply in writing explaining which issues are still outstanding with respect to his pro se requests. Written discovery will proceed from there. Depositions will be scheduled once the Parties have sufficient discovery to identify the appropriate individuals and topics.

2.     The parties agree that certain discovery deadlines set forth in the Court's Scheduling Order [ECF No.74] should be moved. Because discovery is in early stages, the Parties do not have enough information to determine which experts may be necessary, let alone enough

information for an expert to provide an opinion on time. Accordingly, the Parties respectfully move this Court to amend the Scheduling Order by extending the following discovery deadlines by 70 days (10 weeks):

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Discovery Deadline | July 25, 2025 | **October 3, 2025** |
| Affirmative Expert Disclosures | April 4, 2025 | **June 13, 2025** |
| Rebuttal Expert Disclosures | May 14, 2025 | **July 23, 2023** |
| Service of interrogatories, requests for production of documents, and requests for admissions (45 days prior to close of discovery) | June 10, 2025 | **August 19, 2025** |
| Dispositive Motions Deadline | September 19, 2025 | **November 14, 2025** *Representing a 56-day (8-week extension) to avoid any conflict with Thanksgiving |

Dated this 18th day of February 2025.

                                      Respectfully submitted,

                                      L<small>EVIN</small> S<small>ITCOFF</small> PC

                                      *s/Gideon S. Irving*
                                      Gideon S. Irving
                                      455 Sherman Street, Suite 490
                                      Denver, Colorado 80203
                                      Telephone: (303) 575-9390
                                      Fax: (303) 575-9385
                                      gideon@lsw-legal.com
                                      ***Attorney for Plaintiff***

        <u>s/ Joseph Chase</u>
        Joseph Chase
        SHULMAN CHASE LLC
        135 W. 5th Ave.
        Denver, CO  80204
        Telephone: 720-288-0850
        joey@shulmanchase.com
        ***Attorney for Plaintiff***

        <u>s/Amy Adams</u>
        Amy Adams
        Abigail Smith
        CIVIL LITIGATION & EMPLOYMENT LAW SECTION
        COLORADO DEPARTMENT OF LAW
        1300 Broadway Street, Tenth Floor
        Denver, CO  80203
        Telephone: 720-508-6827
        Fax: 720-508-6032
        Amy.adams@coag.gov
        Abigail.smith@coag.gov
        ***Attorneys for CDOC Defendants***